## IN THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARLLY SALGUERO,<br><br>    *Plaintiff,*<br><br>    v.<br><br>PAULA'S ORGANIC CLEANING SERVICES LLC, *et al.*,<br><br>    *Defendants*. | Case No.: 22-168 |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff gives notice, pursuant to Federal Rule 41(a)(1)(A), of the voluntary dismissal of this action without prejudice. The matter was filed in the wrong court.

    Respectfully submitted,

    /s/ Omar Vincent Melehy
    Omar Vincent Melehy, Esq.
    DC Bar No.: 415849
    MELEHY & ASSOCIATES LLC
    8403 Colesville Road Suite 610
    Silver Spring, Maryland 20910
    ovmelehy@melehylaw.com
    Phone: (301) 587-6364
    Fax: (301) 587-6308
    *Attorneys for Plaintiff*